Cause No: 1:25CV339

Judge: Crone/Hawthorn

Det. M. Gardner is still Harrasing And Retaliating against me By:

1.) Closing Jail greivance's on Smart mail Kiosk with Bias, Prejudice And Unjustful Decision Making.

2.) Malicous Remark's on Smart Jail mail Kiosk in Forms of Disrespect.

3.) Telling law library Official SGT. Carter to not Bring me Any law material I reqeust. "(Violating my 5th, 6th And 14th Ammendment rights of the U.S Constitution)"

This is violating TX Constitution (Sec 3A) Eqaulity Under the law. Therefore Violating U.S Constitutional Ammendment VIII By treating me unusual. I Am still Reqeusting An emotional Distress Complensation of $600.00 American U.S Dollars to Be Deposited on my Inmate Account from Det. Gardner.

I AM writing U.S Dept of Agricuture Secretary of Civil Rights to make sure this case is Handleel fairly.

Thank you

Brandon lee Allen
# 344999

Brandon Lee Allen
# 344999
Jefferson County Jail
5030 Hwy 69 Sth.
Beaumont TX
77705

CLERK, U.S. DISTRICT COURT
RECEIVED
NOV 14 2025
EASTERN DISTRICT OF TEXAS
BEAUMONT, TEXAS



HOUSTON TX RPDC 773
12 NOV 2025 PM 1 L

U.S District Clerk
300 Willow, Room 104
Beaumont TX
77701

77701-221729