**UNITED STATES DISTRICT COURT**          **EASTERN DISTRICT OF TEXAS**

BRANDON LEE ALLEN,                        §
                                          §
          Plaintiff,                      §
                                          §
*versus*                                  §   CIVIL ACTION NO. 1:25-CV-339
                                          §
DETECTIVE GARDNER,                        §
                                          §
          Defendant.                      §

## MEMORANDUM ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Brandon Lee Allen, proceeding *pro se*, filed the above-styled civil rights lawsuit pursuant to 42 U.S.C. § 1983 against Detective Gardner. The court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to 28 U.S.C. § 636 and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that this case be dismissed for failure to state a claim upon which relief may be granted.

The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. Plaintiff filed objections to the magistrate judge's Report and Recommendation. The court must therefore conduct a *de novo* review of the objections in relation to the pleadings and the applicable law.

Plaintiff alleged the defendant improperly denied and failed to investigate a grievance. He asserted there was video evidence to support the grievance. The grievance concerned the actions of Officer Reese. The magistrate judge's recommendation concerning dismissal was based on his conclusion that an inmate did not have a liberty interest in having his grievance investigated or resolved to his satisfaction.

In his objections, plaintiff asserts the defendant and Officer Reese continue to act improperly. Plaintiff is free to file a separate lawsuit concerning the actions described in his objections. With respect to the allegations set forth in the complaint, the court agrees with the

conclusion of the magistrate judge. *Bell v. State Prison Officials*, No. 23-30339, 2024 WL 2863293, at *4 (5th Cir. June 6, 2024) (citing *Geiger v. Jowers*, 404 F.3d 371, 374 (5th Cir. 2005)).

**ORDER**

Accordingly, the objections filed by plaintiff in this matter (#10) are **OVERRULED**. The findings of fact and conclusions of law set forth in the report of the magistrate judge (#9) are correct, and the report of the magistrate judge is **ADOPTED**. A final judgment shall be entered in accordance with the recommendation of the magistrate judge.

SIGNED at Beaumont, Texas, this 29th day of April, 2026.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE